IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY COLLINS**                                                                             **PLAINTIFF**

**V.**                       **NO. 3:04CV00127-JFF**

**JO ANNE B. BARNHART,**
**Commissioner, Social**
**Security Administration**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 23rd day of January, 2006.

UNITED STATES MAGISTRATE JUDGE